ACCEPTED
01-14-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 4:20:28 PM
CHRISTOPHER PRINE
CLERK

## LETTER of NOTICE and REQUEST

Appellate case name: David Lancaster v. Barbara Lancaster

Appellate case number: 01-14-00845-CV

Trial court case number: 2013-05066

Trial court: 247th District Court of Harris County

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/6/2015 4:20:28 PM

CHRISTOPHER A. PRINE
Clerk

Mr. Prine Clerk of the Court and the Texas First Court of Appeals,

Per  the Texas First Court of Appeal  Web Site at

http://www.search.txcourts.gov/Case.aspx?cn=01-14-00845-CV&coa=coa01

Case Events on

06/04/2015                         Document returned

The above document (s) are not available on the web site and Appellant David Lancaster has not received either by regular or electronic mail any documents post the

05/14/2015 Letter filed Letter [ PDF/230 KB ]

which is available for download.

Appellant called on June 26, 2015 at 2:24 PM and spoke with a woman answering at 713-274-2700 whom did not give her name. Appellant was informed that the entry was probably in error or possibly referred to the  05/14/2015 Letter filed Letter   [ PDF/230 KB ]  .

Appellant David Lancaster does hereby request a copy of any documents received or distributed by the 1st Court of Appeals dated post 05/14/2015 by electronic mail at david.lancaster50@gmail.com

I do certify that all parties have been provided a copy of this letter through efile

Texas on 07/06/2015


Respectfully Submitted,

David Lancaster

PO Box 722

Gray, La. 70359


502-693-8011

David.lancaster50@gmail.com